**CABALLERO AND GETTLEMAN LAW OFFICE, INC.**
223 River Street, Suite D Santa Cruz, CA 95060
(831) 427-2658 * (831) 515-5228 (Fax) * jonathangettleman@yahoo.com

November 12, 2021

**Via ECF**

The Honorable Nathanael M. Cousins
United States District Court,
Northern District of California

**Re: *Tamario Smith, et al v. County of Santa Cruz, et al.*; Case No. 5:21-cv-00421-EJD**

Dear Judge Cousins:

Pursuant to your Civil Standing Order, Plaintiff Tamario Smith, et al, ("Plaintiffs") bring this discovery letter to require Defendants County of Santa Cruz and all County affiliated defendants ("County Defendants") to provide additional responses and documents related to Plaintiff's Requests for Discovery, Set 2 and to provide contact information for the jails' only psychiatrist who offered services within the Santa Cruz County jail at the time of plaintiff's confinement and death.

This case involves the serious matter of Mr. Tamario Smith's death in the Santa Cruz County Jail on May 10, 2020. Tamario was 21 years old at the time of his death. Mr. Smith died of psychogenic polydipsia as a result of a combination of his known schizophrenic disorder and the overconsumption of fluids, which were neither monitored nor limited, and were prescribed by Defendant Wellpath. Tamario was likely also consuming dirty mop bucket detergent water according to the autopsy report.

This letter has two components: 1) The County's insufficient responses and production to Plaintiffs' Request for Production of Documents, Set 2; and 2) The County's unwillingness to disclose any contact information for the only psychiatrist employed by the County to fulfill its constitutional obligation to provide mental health services to its inmates.

On June 23, 2021, County Defendants disclosed several thousand pages of documents, including voluminous pictures that have still not been Bates stamped. To many requests, the County imposed significant limitations or simply refused to produce any documents.

Despite repeated requests by Plaintiffs' counsel to meet and confer regarding this discovery matter, and despite Defendants' general email responses assuring nonspecific future disclosure, Defendants' counsel has refused to provide a day and time to discuss the matter by phone or Zoom pursuant to the Court's standing order.

Consistent with Plaintiffs' specific meet and confer letter sent on September 28, 2021, Plaintiffs request that the Court order the following disclosures be made: (Plaintiffs are happy to also submit the complete discovery letter or the many exchanged emails.)

1. RPD No. 3, all classification documents for Tamario Smith, including but not limited to housing classification.
2. RPDs No 5, 6, 7, 15 all 2020 policies related to cell checks, safety checks, cell window coverings, security buttons, inmate classification.
3. RPD 10 All pipe logs for 60 days prior to May 10, 2020.
4. RPD 11 All records of County Defendants having contact with Tamario Smith for 60 days prior to May 10, 2020.
5. RPD No. 15, All intake documents related to Tamario Smith.
6. RPD No. 20, All emails and electronic communication related to the death of Tamario Smith in the possession of the Sheriff's department or any contracting agency.
7. RPD No. 21, all video for the M-unit for 30 days prior to May 10, 2020.
8. RPD No. 30, all documents exchanged between the Sheriff's Department and Wellpath related to Tamario Smith.
9. RPD No. 36, 37, 38 all documents related to housing Tamario Smith in the M-unit, confining him for 21 hours a day in solitary confinement and documents related to his time out of his cell.
10. RPD No. 39, all documents related to the policies involving the storage and keeping of cleaning solution Neutra Tec 64.
11. RPD No. 41, all documents related to the health issues of County Jail inmates ingesting Neutra Tec 64 from 1/1/17 to 12/21/20.
12. RPD No. 42, all training logs for jail staff who contacted Tamario Smith within 60 days of 5/10/20 related to inmates with schizophrenia and related mental health disorders.
13. RPD 45 all documents related to jail staff and contractors assigned to cover the M-unit for 10 days prior to 5/10/20.
14. RPD 46 All documents related to employees investigated for or receiving disciplinary action for the death of Tamario Smith.
15. RPD 50 all documents identifying every death in the Santa Cruz County Jail for the relevant time period.
16. RPD 51, 52 all documents by which the County informed state and or federal agencies of the death of Tamario Smith.

Also, the County's document disclosures evidence that Tamario Smith was not seen by a mental health staff member for two months prior to his death despite being proscribed heavy psychotropic meds. The County refuses to disclose its last known contact information or investigate current contact information for Dr. Lazar. Plaintiffs have named him as a defendant but have been unable to contact him to serve him.

For the foregoing reasons, Plaintiffs file the foregoing discovery letter in a sincere attempt to resolve the several issues set forth above.

Dated: November 12, 2021         CABALLERO & GETTLEMAN LAW OFFICE, INC.

                                 By: _____/s/_____
                                     JONATHAN GETTLEMAN
                                     ELIZABETH CABALLERO
                                     Attorney for All Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day, November 12, 2021, the following documents were served electronically, via ECF, on all counsel of record registered to receive ECF notifications in this case.

Dated: November 12, 2021

                                                        /s
                                         Jonathan Gettleman
                                         Elizabeth Caballero
                                         Caballero and Gettleman Law Office, Inc.
                                         Attorneys for Plaintiffs
                                         Tamario Smith, et al.