Elizabeth M. Caballero, SBN 240249
Jonathan Che Gettleman, SBN 243560
**CABALLERO & GETTLEMAN LAW OFFICE, INC.**
223 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE:  831-515-5228
EMAIL: cglaw2015@gmail.com

*Attorneys for Plaintiffs,*
*Tamario Smith (deceased), Felicia Smith,*
*Michael Warren-Smith*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAMARIO SMITH, DECEASED, through his Co-Successors-in-Interest FELICIA SMITH, individually and MICHAEL WARREN-SMITH, individually,<br><br>    Plaintiffs,<br>  vs.<br><br>COUNTY OF SANTA CRUZ, a municipal corporation; JAMES HART, in his individual capacity as Sheriff for the COUNTY OF SANTA CRUZ; WELLPATH, LLC; GERALD LAZAR, M.D., DOES 4-50,<br>    Defendants. | Case No. 5:21-cv-00421-EJD<br><br>**STIPULATION REGARDING GOOD FAITH SETTLEMENT AND ORDER**<br>**(CCP § 877.6, et seq.)**<br><br><br><br><br><br>**Honorable Edward J Davila** |

ALL Parties to this case enter into the following stipulation regarding the good faith nature of the settlement between Plaintiffs and County of Santa Cruz, James Hart and Gerald Lazar, M.D..

WHEREAS, Plaintiffs commenced a lawsuit in the Northern District of California against all Defendants identified in the above caption;

WHEREAS, Plaintiffs and Defendants County of Santa Cruz, James Hart and Gerald Lazar, M.D. have settled all claims in this lawsuit;

WHEREAS, Plaintiffs and Defendant Wellpath, LLC./CFMG have not settled their portion of the lawsuit and the litigation between them continues;

WHEREAS, based on various California law claims alleged in this lawsuit, California Code of Civil Procedure Section 877.6 relating to good faith settlement agreements is applicable;

WHEREAS, there has been no collusion between the settling parties;

WHEREAS, the amount of the settlement appears to all parties to be within the reasonable range of the settling parties' proportionate share of comparative liability for Plaintiffs' injuries;

WHEREAS, Defendant Wellpath, L.C.C./CFMG waives any obligation from any party pursuant to CCC § 877.6, et seq.

IT IS HEREBY STIPULATED, that Plaintiffs and the identified settling parties have entered into a good faith settlement, and as a result, Defendant Wellpath, L.L.C./CFMG waives any statutory obligations of any other party to this lawsuit pursuant to CCP 877.6, et seq.

DATED: November 6, 2024

/s/
Elizabeth M. Caballero
Caballero & Gettleman Law Office, Inc.
*Attorneys for Plaintiffs Tamario Smith, Felicia Smith Michael Warren-Smith*

DATED: November 6, 2024   THE BERTLING LAW GROUP, LLC.

By:  /s/
PETER BERTLING
Attorneys for WELLPATH, LLC.

///

///

///

///

Dated: November 6, 2024   McNAMARA, NEY, BEATTY, SLATTERY, BORGES and AMBACHER, LLC.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　NOAH BLECHMAN
　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　COUNTY OF SANTA CRUZ, and
　　　　　　　　　　　　　　JAMES HART, in his individual capacity as
　　　　　　　　　　　　　　Sheriff for the COUNTY OF SANTA CRUZ

Dated: November 6, 2024   HINSHAW, MARSH, STILL & HINSHAW LLP

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Scott R. Kanter
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　GERALD LAZAR, M.D.

## ORDER

The settlement agreements between Plaintiffs and Defendants County of Santa Cruz, James Hart and Gerald Lazar. M.D. were executed in good faith pursuant to the requirements of California Code of Civil Procedure, § 877.6, et seq.  No party to this lawsuit has any further obligations pursuant to Section 877.6, et seq.

Dated:_____                                              _____

　　　　　　　　　　　　　　　　　　　　　Honorable Edward J. Davila
　　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court