Elizabeth M. Caballero, SBN 240249
Jonathan Che Gettleman, SBN 243560
**CABALLERO & GETTLEMAN LAW OFFICE, INC.**
223 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE:   831-515-5228
EMAIL: *cglaw2015@gmail.com*

*Attorneys for Plaintiffs,*
*Tamario Smith (deceased), Felicia Smith,*
*Michael Warren-Smith*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TAMARIO SMITH, DECEASED, through his Co-Successors-in-Interest FELICIA SMITH, individually and MICHAEL WARREN-SMITH, individually,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF SANTA CRUZ, a municipal corporation; JAMES HART, in his individual capacity as Sheriff for the COUNTY OF SANTA CRUZ; CFMG; WELLPATH, LLC; GERALD LAZAR, M.D., DOES 4-50,<br>　　　　　　　　Defendants. | Case No. 5:21-cv-00421-EJD<br><br>**JOINT STATUS UPDATE**<br><br>**Trial Date: September 9, 2025**<br><br>**Judge: Hon. Edward J. Davila** |

**Case Status:**

　　On October 2, 2024, all parties attended a settlement conference before the Hon. Laurel Beeler. At that conference, Plaintiffs settled all claims against the County of Santa Cruz and Gerald Lazar, M.D.; however, a settlement agreement was not reached with CFMG/Wellpath.  Nonetheless, all defendants stipulated to a good faith settlement of this portion of the matter.  (ECF 181, 182)  Once the County and Lazar's settlement funds are received, Plaintiffs intend to dismiss those same defendants.

On November 11, 2024, Defendant Wellpath filed a suggestion of bankruptcy in the Southern District of Texas. On November 12, 2024, the bankruptcy court ordered an automatic stay as to the debtor/defendant Wellpath as well seemingly to all other non-debtor defendants.

**Plaintiffs' Position:**

In light of this development, Plaintiffs will seek relief from the stay for non-debtor defendants in the bankruptcy court. In addition, Plaintiffs request that this Honorable Court not extend the stay to non-debtor defendants. (*See Beckner v. County of Santa Cruz, et al*., 23cv05032 (J. Freeman) the Court specifically ordered that the bankruptcy stay did not extend to any other defendants. (ECF 72)) Plaintiffs will seek leave of this Court to file an amended complaint naming Debtor/Defendant Wellpaths'/CFMG's parent company, Harvard Investment Group (HIG), which is not a party to the bankruptcy proceeding as a non-debtor defendant in this action. Plaintiffs anticipate filing the amended complaint naming HIG as a defendant once the stay is lifted as to non-debtor defendants in the bankruptcy court and/or this Honorable Court.

The following schedule remains to be completed:

| | |
|---|---|
| Expert Discovery Cutoff- | December 13, 2024 |
| Dispositive Motion Filing Deadline- | February 21, 2025 |
| Financial Discovery Begins- | May 16, 2025 |
| Final Pretrial Conference- | August 14, 2025 |
| Jury Trial- | September 9, 2024 |

The parties request that this Honorable court maintain the financial discovery and jury trial dates as set and modify the expert discovery cutoff to February 28, 2025, as well as the dispositive motion deadline to April 18, 2025.

**County Defendants'/ Gerald Lazar, M.D.'s Position:**

Dr. Lazar and the County of Santa Cruz related Defendants have resolved this case and take no formal position with regard to the remaining non-settling Defendants and the further handling of this matter by the Court. It is expected that Dr. Lazar and the County of Santa Cruz related Defendants will be dismissed from this action, with prejudice, likely within the next 30 days.

**Wellpath/CFMG Position:**

On November 20, 2024 Wellpath/CFMG filed Suggestion of Bankruptcy and Notice of Stay with exhibits reflecting the filing of Wellpath's bankruptcy extended to non-debtor defendants. See ECF No. 183. In other District Courts in California involving non-Wellpath parties, this filing has resulted in Orders staying the action as to Wellpath and Wellpath-related defendants but continuing the cases as to all other parties. See, e.g., *G. et al v. Tulare County* (Case Number 1:23-cv-00500-JLT-SKO, ECF No. 59); *Anderson v. County of Fresno, et al.* (Case Number 1:21-cv-01134-KES-SAB, ECF No. 112); and *Deppe v. Shasta County, et al.* (Case Number 2:22-cv-00187-DAD-JDP, ECF No. 90). This matter must be stayed in accord with the bankruptcy court's order, and no deadlines are permitted to be maintained as to Wellpath/CFMG and Non-Debtor defendants. Wellpath/CFMG contends this action is stayed in its entirety against it.

Counsel for Wellpath/CFMG does not represent Harvard Investment Group ("HIG") but anticipates both Wellpath/CFMG and HIG would oppose any motion to amend the Complaint to name HIG as a defendant in this case. The bases for this objection would partly be based on the legal effect of bankruptcy Stay Order itself which is "meant to include Non-Debtor Defendants (a term defined in the motion as "non-Debtor parties to lawsuits, including (a) certain Professional Corporations and their respective PC Physicians (each as defined in the PC Motion), (b) the directors and officers of certain of the Debtor's non-Debtor affiliates (collectively, the 'D&Os'), and the Debtors' consultant **and private equity sponsor, H.I.G. Capital, LLC** ('HIG' and, collectively, with the Professional Corporations, the PC Physicians, and the D&O's, the 'Non-Debtor Defendants')." Emphasis added, Stay Order, Case Number 24-90533), ECF No. 17. The objections and opposition would also likely and presumptively be

based on previous jurisprudence related to HIG's involvement in cases similar to the instant case, see e.g. *Lozano v. County of Ventura,* 2:21-cv-03153-FLA-DFM, (C.D. CA, 2022), ECF No. 62, and other arguments based on prejudice. This is not intended as an exhaustive list and HIG will presumptively oppose any attempt to amend as necessary.

Dated: November 22, 2024                CABALLERO & GETTLEMAN LAW OFFICE, INC.

                By: /s/
                  JONATHAN GETTLEMAN
                  ELIZABETH CABALLERO
                  Attorney for All Plaintiffs

Dated: November 22, 2024                McNAMARA, NEY, BEATTY, SLATTERY, BORGES and AMBACHER, LLC.

                By: /s/
                  NOAH BLECHMAN
                  Attorneys for Defendants
                  COUNTY OF SANTA CRUZ, a municipal corporation; JAMES HART, in his individual capacity as Sheriff for the COUNTY OF SANTA CRUZ

Dated: November 22, 2024                THE BERTLING LAW GROUP, LLC.

                By: /s/
                  JEMMA PARKER SAUNDERS
                  Attorneys for WELLPATH, LLC/CFMG

Dated: November 22, 2024                HINSHAW, STILL, MARSH & HINSHAW, LLP.

                By: /s/
                  SCOTT KANTER
                  Attorneys for Defendant Lazar