NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
COUNTY OF SANTA CRUZ and JAMES HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARIO SMITH, DECEASED, through his Co-Successors-in-Interest FELICIA SMITH, individually and MICHAEL WARREN-SMITH, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CRUZ, a municipal corporation; JAMES HART, in his individual capacity as Sheriff for the COUNTY OF SANTA CRUZ; WELLPATH, LLC; GERALD LAZAR, MD.; DOES 4-50,<br><br>Defendants. | Case No. C21-00421 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS COUNTY OF SANTA CRUZ, SHERIFF JAMES HART, AND GERALD LAZAR, M.D. WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs TAMARIO SMITH, DECEASED, through his Co-Successors-in-Interest FELICIA SMITH, individually and MICHAEL WARREN-SMITH, individually and Defendants COUNTY OF SANTA CRUZ, a municipal corporation; JAMES HART, in his individual capacity as Sheriff for the COUNTY OF SANTA CRUZ, and GERALD LAZAR, M.D. (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Fifth Amended

Complaint, the operative complaint, as only against Defendants COUNTY OF SANTA CRUZ, JAMES HART, and GERALD LAZAR, M.D., with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 7, 2025       CABALLERO & GETTLEMAN LAW OFFICE, INC

/s/ Jonathan Che Gettleman
Elizabeth M. Caballero
Jonathan Che Gettleman
Attorneys for PLAINTIFFS

Dated: January 7, 2025       McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By:   /s/ Noah G. Blechman
Noah G. Blechman
John J. Swafford
Attorneys for Defendants
COUNTY OF SANTA CRUZ and JAMES HART

Dated: January 7, 2025       HINSHAW, MARSH, STILL & KANTER, LLP

By:   /s/ Scott R. Kanter
SCOTT R. KANTER, ESQ.
Attorney for Defendant
GERALD LAZAR, M.D.

# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses the Plaintiffs' Fifth Amended Complaint, only as to Defendants County of Santa Cruz, James Hart, and Gerald Lazar, M.D., with prejudice, as to all claims alleged by Plaintiffs against these Defendants. Each party to bear its own fees and costs as to this dismissal.

**IT IS SO ORDERED**

Dated: January 7, 2025

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE