Elizabeth M. Caballero, SBN 240249
Jonathan Che Gettleman, SBN 243560
**CABALLERO & GETTLEMAN**
**LAW OFFICE, INC.**
223 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE: 831-515-5228
EMAIL: *cglaw2015@gmail.com*

*Attorneys for Plaintiffs,*
*Tamario Smith (deceased), Felicia Smith,*
*Michael Warren-Smith*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| TAMARIO SMITH, DECEASED, through his Co-Successors-in-Interest FELICIA SMITH, individually and MICHAEL WARREN-SMITH, individually,<br><br>Plaintiffs,<br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, LLC, a corporation and WELLPATH, LLC a corporation;<br>Defendants. | Case No. 5:21-cv-00421-EJD<br><br>**JOINT PROPOSED VOIR DIRE QUESTION AND DISPUTED QUESTIONS**<br><br>Final Pretrial Conference: June 25, 2026<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br>Trial Date: July 20, 2026 |

## PARTIES' PROPOSED VOIR DIRE QUESTIONS TO BE ASKED BY THE COURT

Pursuant to Federal Rule of Civil Procedure 47(a), Plaintiffs respectfully propose that the Court read the following statement of the case and pose the following questions to the prospective jurors. Plaintiffs further request that, after the Court's examination, counsel be permitted a brief period of attorney-conducted follow-up as to any juror whose response warrants it. So that the Court may identify jurors holding firm views, several questions are phrased to invite a show of hands rather than a simple yes-or-no assurance of fairness.

//

1. Have you heard, read, or seen anything about the death of Tamario Smith or this lawsuit? If yes, what have you heard, and have you formed any opinion about the case?
2. This case involves medical care provided in a county jail, specifically the Santa Cruz County Jail. Do you have any experiences or opinions about jails, prisons, law enforcement, or correctional healthcare that would make it difficult for you to be fair to either side?
3. Have you, a family member, or close friend ever been incarcerated, detained, arrested, or employed in a jail, prison, sheriff's department, or correctional setting?
4. Have you, a family member, or close friend ever had a significant positive or negative experience with healthcare providers, hospitals, nurses, doctors, mental-health providers, or correctional medical care that could affect your ability to be fair?
5. This case involves mental illnessand psychiatric medication. Do you have personal or family experiences with mental illness that might affect how you view the evidence?
6. The defendant in this case is a corporation. The law treats a corporation and an individual person equally, and a corporation may be held legally responsible for the acts, policies, and training of its employees. Is there any member of the panel who would have difficulty following that rule?
7. Do you believe that if a person dies in custody, someone must be held legally responsible regardless of the evidence and legal instructions?
8. Do you believe that a bad medical outcome necessarily means that a healthcare provider or institution violated the law?
9. Is there anything — even a little — about a case brought by an African American family against a company that could make it harder for you to give both sides exactly the same fair shake?
10. Do you have any views about lawsuits seeking money damages, including punitive damages, that would make it difficult for you to fairly consider damages if liability is proven?

11. Would you have difficulty evaluating expert medical testimony, including conflicting expert opinions, based on the facts, reasoning, and qualifications presented at trial?

12. Do you believe that if something is not documented in a medical record, it necessarily did not happen? Conversely, do you believe that if something is documented, it necessarily happened exactly as written?

13. Please tell us your name, the county you live in, the part of the county you live in, who shares your household, and what you and the other adults there do for a living.

4. Do any of you know, or believe you may know, the plaintiffs Felicia Smith or Michael Warren-Smith, or any member of Tamario Smith's family?

5. Do any of you know, or have you ever had any dealings with, California Forensic Medical Group, Inc., or Wellpath, or any company that provides health care in jails or prisons?

6. Do any of you know the attorneys for either side, or anyone employed by their law firms? [The Court to identify counsel.]

7. I will read a list of people who may testify as witnesses. Do any of you know, or believe you may know, any of them? [The Court to read the witness list.]

8. This trial is expected to last approximately [●] court days. Is there any member of the panel for whom serving for that period would be a serious hardship — for reasons of health, work, family or caretaking responsibilities, or a previously planned commitment?

9. Is there any reason — a difficulty with hearing, reading, understanding English, or any other reason — that would make it hard for any of you to serve as a juror in this case?

10. Who here has a job, a family member, or a close friend connected to law enforcement, corrections, or a jail or prison?

11. Is there anything about those connections that could make it harder to sit in judgment of how a jail's medical care was run?

12. Do any of you, or a member of your immediate family or a close friend, now work or have you ever worked in the medical or mental-health professions, for a hospital, or for a health-insurance or health-care company — including any company in the business of managing health-care costs or claims?

13. Have any of you, a member of your family, or a close friend ever spent time in a jail or prison?

14. Have any of you, or someone close to you, ever experienced or been treated for a serious mental illness, or cared for someone who has?

15. What are your feelings, positive or negative, about companies that provide health care for a profit?

16. Do you believe a company should be held to the same medical standard whether its patient is in a hospital or in a jail?

17. Do you, a family member, or a close friend work for a hospital, an insurer, or any company in the business of managing health-care costs or claims?

18. You are going to be asked to follow rules of the court and evaluate whether rules were followed in this case. Do you feel that rules should be followed? If not, why?

19. If you find the defendant responsible, the law will ask you to do something many people find uncomfortable: place a dollar figure on a human life and on a family's loss. How does the idea of measuring a life in money sit with you?

21. Is there a number so high that you could not award it no matter what the evidence showed — a personal ceiling you know you have?

22. Have you heard people complain about lawsuits or large jury verdicts — “jackpot justice,” “frivolous lawsuits,” and the like? How much do you agree with that view?

23. Have any of you ever served as a juror before, in either a civil or a criminal case? [If so: Were you able to reach a verdict? Without telling us what it was, was there anything about the experience that troubled you?]

24. Have any of you, a member of your family, or a close friend ever brought a lawsuit, been sued, or made or defended a claim for personal injuries?

25. Tamario Smith and his family are African American. A trial works only when every life in the courtroom is valued exactly the same. Based on their own experiences, some people have come to believe the system does not always treat everyone equally; others believe it generally does. Tell us how you see it.

26. Think about where you live, work, and spend your time. In daily life, how much opportunity do you have to come to know people whose background or race is different from your own?

27. See number 11

37. This case is against a company, not an individual. Some people are uncomfortable ordering a company to pay money to punish it and to deter it from doing the same thing again; others see that as exactly how companies are held accountable. Where do you come out?

38. If the judge instructs you that a company can be legally responsible for the actions and the policies of its staff, would anyone have difficulty following that rule?

39. In a civil case such as this one, the plaintiffs must prove their case by a preponderance of the evidence — that is, that something is more likely true than not true. This is a lower standard than 'beyond a reasonable doubt,' which applies only in criminal cases. Is there any member of the panel who would require proof beyond a reasonable doubt, or some other higher standard, before deciding in the plaintiffs' favor?

41. Finally, is there anything at all — whether or not I have asked about it — that any of you believe the Court or the attorneys should know because it might affect your ability to be a fair and impartial juror in this particular case?

**Questions requested by Plaintiffs and objected to by Defendants**

20. The losses in a death case can be very large — sometimes in the millions of dollars. Some jurors hear a number like that and think, “no amount of money belongs in a case like this.” Others can award it when the evidence supports it. On a scale of 0 to 10, how comfortable are you returning a verdict in the millions of dollars if the evidence calls for it?

28. This case involves a man who was a pretrial detainee at the Santa Cruz County Main Jail. A person who is a pre-trial detainee means that they are presumed innocent, and they have not been proven guilty of any criminal conduct. Would you be able to evaluate the facts fairly in light of Mr. Smith’s innocence even though he had been arrested and was in jail for failing to appear in court?

29. This case involves a man who had been in jail more than once. Some people feel that when a person keeps ending up in jail, he bears the consequences of his own choices. Others feel that everyone is entitled to the same basic care no matter how many times they have been in jail. Tell us where you tend to land. Is there any member of the panel who feels that a person who has been in jail, especially more than once, is entitled to less medical care or less protection than anyone else?

30. On a scale of 0 to 10 — where 0 means “people in jail mostly have themselves to blame for what happens to them,” and 10 means “people in jail depend entirely on the staff and deserve the same care as a patient in any hospital” — what number is honest for you?

31. When you hear that someone died while in custody, what is the first question that comes to your mind?

32. The plaintiffs and Mr. Smith are African American. Is there anything about the race or background of the parties that could affect, in any way, your ability to decide this case solely on the evidence and the law?

33. This case involves a person who suffered from serious mental illness and who, at times, was out of touch with reality. Is there any member of the panel who holds views about mental illness that might make it difficult to be fair to either side?

34. Some people feel that mental illness is sometimes used as an excuse; others feel it is a real medical condition a person cannot simply control. Where do you find yourself?

35. Have you ever had to get care or help for someone who could not, or would not, ask for it themselves — a child, an aging parent, someone in a mental-health crisis? What was that like?

37. This case is against a company, not an individual. Some people are uncomfortable ordering a company to pay money to punish it and to deter it from doing the same thing again; others see that as exactly how companies are held accountable. Where do you come out?

38. If the judge instructs you that a company can be legally responsible for the actions and the policies of its staff, would anyone have difficulty following that rule?

40. If you were to find in the plaintiffs' favor, the law would ask you to award money to compensate for the loss of Mr. Smith's life and for his family's loss — an amount that could be substantial, including in the millions of dollars. Is there any member of the panel who, because of personal beliefs about lawsuits or about awarding money damages, could not return such a verdict even if the evidence and the law supported it?

**Questions proposed by Defendant CFMG and Objected to by Plaintiffs:**

14. Would you be able to follow an instruction that Plaintiffs must prove more than negligence for certain constitutional claims, even if you personally believe negligence should be enough?

15. If the evidence shows multiple possible causes of Mr. Smith's injury, would you be able to consider whether Plaintiffs proved that CFMG was legally responsible under the Court's instructions?

The parties respectfully request leave to pose brief follow-up questions to any prospective juror whose response to the foregoing warrants further inquiry, and reserve the right to propose additional questions based on the jurors' responses and completed questionnaires.

Dated: June 15, 2026 CABALLERO & GETTLEMAN LAW OFFICE, INC.

By: _/s/______________________________

JONATHAN GETTLEMAN

ELIZABETH CABALLERO

Attorneys for Plaintiffs

Dated: June 15, 2026 **BERTLING LAW GROUP**

_/s/__________________________

PETER BERTLING

Attorneys for Defendants

CFMG/Wellpath