Elizabeth M. Caballero, SBN 240249
Jonathan Che Gettleman, SBN 243560
**CABALLERO & GETTLEMAN**
**LAW OFFICE, INC.**
223 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE: 831-515-5228
EMAIL: *cglaw2015@gmail.com*

*Attorneys for Plaintiffs,*
*Tamario Smith (deceased), Felicia Smith,*
*Michael Warren-Smith*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| TAMARIO SMITH, DECEASED, through his Co-Successors-in-Interest FELICIA SMITH, individually and MICHAEL WARREN-SMITH, individually,<br><br>Plaintiffs,<br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH, INC.; WELLPATH, LLC; WELLPATH MANAGEMENT INC.,<br><br>Defendants. | Case No. 5:21-cv-00421-EJD<br><br>**PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**<br><br>Final Pretrial Conference: June 25, 2026<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Trial Date: July 20, 2026 |

Please answer the questions in order and follow the directions after each question. We, the jury, unanimously answer the questions submitted to us by the Court as follows:

**CLAIM ONE — SECTION 1983: FOURTEENTH AMENDMENT**
**DEPRIVATION OF ADEQUATE HEALTH CARE AGAINST**
**CALIFORNIA FORENSIC MEDICAL GROUP**
**(Brought by Felicia Smith and Michael Warren-Smith**
**as Co-Successors-in-Interest to Tamario Smith)**

**QUESTION 1:** Did Plaintiffs prove by a preponderance of the evidence that the acts or omissions of one or more CFMG medical personnel deprived Tamario Smith of his right to adequate health care under the Fourteenth Amendment?

Yes: _________ No: _________

*If you answered "no" to Question 1, Plaintiffs have not proven either claim; skip to the signature page, and have the Presiding Juror sign and date this form. If you answered "yes," proceed to Question 2.*

**QUESTION 2:** Did Plaintiffs prove by a preponderance of the evidence that one or more CFMG employees acted pursuant to a widespread or longstanding custom or practice of CFMG or a failure to train its employees that amounted to objective deliberate indifference to his serious medical need?

Yes: _________ No: _________

*If you answered "no" to Question 2, skip to the signature page, and have the Presiding Juror sign and date this form. If you answered "yes," proceed to Question 3.*

**QUESTION 3:** Did Plaintiffs prove by a preponderance of the evidence that CFMG's, widespread or longstanding custom or practice, or its failure to train its employees, caused the deprivation of Tamario Smith's rights ? In other words, CFMG's widespread or longstanding practice or custom or failure to train is so closely related to the deprivation of Tamario Smith's rights as to be the moving force that caused his injury.

Yes: _________ No: _________

*If you answered "yes" to Questions 1, 2, and 3, you have found for Plaintiffs on the medical-care claim; proceed to Question 4. If you answered "no" to Question 1, 2 or 3, skip to the signature page, and have the Presiding Juror sign and date this form.*

**CLAIM TWO — SECTION 1983: FOURTEENTH AMENDMENT LOSS OF SOCIETY AND COMPANIONSHIP**

**(Brought by Felicia Smith and Michael Warren-Smith, individually — Instruction No. 9)**

*Answer Question 4 only if you answered "yes" to Questions 1, 2, and 3.*

**QUESTION 4:** Did Plaintiffs prove, by a preponderance of the evidence, that Felicia Smith and Michael Warren-Smith each had a relationship with Tamario Smith reflecting the companionship and society of parent and child?

Yes: _________ No: _________

*If you answered "yes" to Question 4, you have found for Plaintiffs on the loss of companionship and society claim. Proceed to the Damages section.*

**DAMAGES**

Answer the damages questions only for the claim or claims on which you found for Plaintiffs. State each amount in U.S. dollars.

**QUESTION 5:** If you found for Plaintiffs on the failure to provide adequate health care claim (Questions 1 through 3), what amount of compensatory damages, if any, do you award to the Estate of Tamario Smith for his predeath physical pain, mental and emotional suffering, the loss of his life, and the loss of life's enjoyment?

$______________________

**QUESTION 6:** If you found for Plaintiffs on the loss of companionship and society claim (Question 4), what amount of compensatory damages, if any, do you award for the loss of the love, companionship, comfort, care, assistance, protection, affection, society, and moral support of their son, and for their own resulting emotional pain and suffering?

**a.** To FELICIA SMITH:

$______________________

**b.** To MICHAEL WARREN-SMITH:

$______________________

## PUNITIVE DAMAGES

*Answer Question 7 only if you found for Plaintiffs on the medical-care claim (Questions 1 through 3).*

**QUESTION 7:** Did Plaintiffs prove, by a preponderance of the evidence, that CFMG's conduct was in reckless disregard of Tamario Smith's rights?

Yes: _________ No: _________

You are not to decide the amount of any punitive damages at this time. If you answered "yes" to Question 7, the Court will give you further instructions for a separate proceeding on the amount of punitive damages, if any.

Once you have completed this verdict form, the Presiding Juror should sign below and notify the Courtroom Deputy. Thank you.

Dated this _____ day of __________________, 2026.

___________________________________

Presiding Juror
Signed on behalf of the Jury

Dated this _____ day of __________________, 2026.

____________________________________

Hon. Edward J. Davila
United States District Judge